IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

SONEET R. KAPILA, as Assignee,

      Plaintiff,

vs.                                                                  Case No.: 3:21-cv-00336-JBA

GEORGE B. ERENSEN,

      Defendant.                           /

## WAIVER OF SERVICE OF SUMMONS

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the person I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the person I represent, must file an answer or a motion under Rule 12 within 60 days of March 17, 2010, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the person I represent.

Dated: March 17, 2021.

GEORGE B. ERENSEN

_____
Jordi Guso, Esquire (FBN 863580)
BERGER SINGERMAN LLP
1450 Brickell Ave Ste 1900
Miami, FL 33131-3453
Phone: 305-714-4340
Primary email: jguso@bergersingerman.com
Attorney for Defendant, George B. Erensen