UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| SONEET R. KAPILA, as Assignee, | CIVIL ACTION NO: 3:21-cv-00336-JBA |
| Plaintiff, |  |
| v. |  |
| GEORGE B. ERENSEN, | JUNE 9, 2022 |
| Defendant. |  |

**JOINT NOTICE OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE AND STIPULATION**

Plaintiff, Soneet R. Kapila, in his capacity as the Assignee ("Plaintiff") of Laser Spine Institute, LLC and each of its affiliated entities[1] (the "Companies"), and Defendant, George B. Erensen, ("Erensen"), hereby file this Joint Notice of Voluntary Dismissal Without Prejudice and Stipulation ("Joint Stipulation"), and stipulate as follows:

1.      Plaintiff is the duly appointed and acting statutory Assignee for the benefit of creditors of the Companies (as defined herein) and has filed an assignment for the benefit of creditors action for each of the Companies in the Circuit Court in and for Hillsborough County, Florida (the "Florida Court").

2.      Plaintiff filed this action against Defendant on March 12, 2021 (the "Filing Date").

---

[1] The Plaintiff also acts as statutory assignee for the benefit of creditors for CLM Aviation, LLC, LSI Holdco, LLC ("Holdco"), LSI Management Company, LLC ("LSI Management"), Laser Spine Surgery Center of Arizona, LLC, Laser Spine Surgery Center of Cincinnati, LLC, Laser Spine Surgery Center Of Cleveland, LLC, Laser Spine Surgical Center, LLC, Laser Spine Surgery Center Of Pennsylvania, LLC, Laser Spine Surgery Center of St. Louis, LLC, Laser Spine Surgery Center Of Warwick, LLC, Medical Care Management Services, LLC, Spine DME Solutions, LLLC, Total Spine Care, LLC, Laser Spine Institute Consulting, LLC, and Laser Spine Surgery Center of Oklahoma, LLC.

3. In an effort to conserve judicial resources and in the interest of justice, the parties have agreed to the dismissal of this action without prejudice, upon the following stipulations:

   a. No party to this action is determined, as of the date of the Court's Order dismissing this action, to be a prevailing party with respect to attorneys' fees and costs;

   b. Within thirty days of this Court entering its Order dismissing this action without prejudice, Plaintiff may file a complaint against the Defendant in the Florida Court (the "Florida Action"). Within 14 days of the filing of the Florida Action, the Defendant shall file its answer and affirmative defenses.

   c. The Florida Action will relate back to the Filing Date as if it was filed on the Filing Date for all purposes, including, without limitation, for purposes of any applicable statute of limitations, statute of repose, laches, or any similar legal theory.

4. The Defendant consents to and submits to the jurisdiction of the Florida Court and waives any and all jurisdictional defenses, including, without limitation, subject matter jurisdiction, personal jurisdiction, venue, and *forum non-conveniens*.

Dated: June 8, 2022

| LAW OFFICES OF JEFFREY HELLMAN, LLC | ROBINSON & COLE LLP |
|---|---|
| By: /s/ Jeffrey Hellman<br>Jeffrey Hellman, Esq.,<br>195 Church Street, 10th Floor<br>New Haven, CT  06510<br>Tel: (203) 691-8762<br>Fax: (203) 823-4401<br>Email:  jeff@jeffhellmanlaw.com<br>Federal Bar No: ct04102<br>*Counsel for the Plaintiff/Assignee* | By: /s/ Brian J. Wheelin<br>Brian J. Wheelin, Esq.<br>1055 Washington Boulevard<br>Stamford, CT 06901-2249<br>Tel.: (203) 462-7500<br>Fax: (203) 462-7599<br>Email:  bwheelin@rc.com<br>Federal Bar No.: ct26823<br>*Counsel for Defendant* |

ROCKE, McLEAN & SBAR, P.A.
2309 S. MacDill Avenue
Tampa, Florida 33629
Tel:  813-769-5600
Fax: 813-769-5601
Robert L. Rocke, Esq., FBN 710342
rrocke@rmslegal.com
Jonathan B. Sbar, Esq., FBN 131016
jsbar@rmslegal.com
Raul Valles, Jr., Esq., FBN 148105
rvalles@rmslegal.com
Andrea K. Holder, Esq., FBN 104756
aholder@rmslegal.com
*Co-Counsel for the Plaintiff/Assignee*

GENOVESE JOBLOVE & BATTISTA, P.A.
100 Southeast Second Street, Suite 4400
Miami, Florida 33131
Tel: (305) 349-2300
Fax: (305) 349-2310
*Co-Counsel for the Plaintiff/Assignee*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served the forgoing Joint Notice Of Voluntary Dismissal Without Prejudice And Stipulation by operation of the Court's CM/ECF electronic system on June 9, 2022 to the following:

Brian J. Wheelin, Esq.
Robinson & Cole LLP
1055 Washington Boulevard
Stamford, CT 06901-2249
bwheelin@rc.com

                                              By     /s/ *Jeffrey Hellman*
                                                                        Jeffrey Hellman